UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Lela F., *on behalf of P.T.R.S.*, | File No. 25-cv-2622 (ECT/SGE) |
| Plaintiff, | |
| v. | **ORDER** |
| Frank Bisignano, *Commissioner of Social Security*, | |
| Defendant. | |

---

Magistrate Judge Shannon G. Elkins issued a Report and Recommendation on December 29, 2025. ECF No. 12. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based on all the files, records, and proceedings herein, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 12] is **ACCEPTED** in full.

2. The Complaint [ECF No. 1] is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: February 10, 2026

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court